**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 07CR2456-BEN |
| Plaintiff, | ) ) ) | **ORDER ALLOWING DEFENDANT TO REWEIGH MARIJUANA** |
| v. | ) ) | |
| MARIO ENRIQUE PADILLA-KIM, | ) ) | |
| Defendant. | ) ) | |

Upon good cause shown,

IT IS HEREBY ORDERED that the government allow the defendant to reweigh the marijuana seized in the above-entitled case on or before December 19, 2007.

DATED:   December 5, 2007

_____
Hon. Roger T. Benitez
United States District Judge

-1-